ANNA KUZMA AND WILLIAM KUZMA; HER HUSBAND, PLAINTIFFS-APPELLANTS, v. MILLINERY WORKERS UNION LOCAL NO. 24, ABRAHAM MANDELLOWITZ, MORRIS HACKER AND ISADORE HERMAN, DEFEND-ANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued July 14, 1952—Decided August 18, 1952.

Before Judges SMALLEY, PROCTOR and HANEMAN.

*Mr. J. Mortimer Rubenstein* argued the cause for plaintiffs-appellants.

*Mr. Sol. D. Kapelsohn* argued the cause for defendants-respondents (*Messrs. Kapelsohn, Lerner, Leuchter & Reitman,* attorneys).

PER CURIAM. Plaintiffs appeal from an order of the trial court striking parts of the complaint relating to certain items

of damage. At the oral argument we expressed the opinion that the order under review being interlocutory, the appeal was premature and should be dismissed. *Rule* 4:2–2. At request of plaintiffs' counsel permission was granted to file supplemental briefs on the above question.

In plaintiffs' supplemental brief it is conceded that the appeal is from an interlocutory order and does not come within the exceptions to the above rule. However, plaintiffs urge that, pursuant to *Rule* 4:1–10, in the interest of justice *Rule* 4:2–2 be relaxed and cite *Scott v. Stewart*, 2 *N. J.* 508 (1949) and *Eilen v. Tappin's, Inc.*, 14 *N. J. Super.* 162 (*App. Div.* 1951).

The cited cases are not applicable. In the *Scott* case the adjudication of the Supreme Court, in effect, terminated the litigation. In the *Eilen* case the trial court's order of inspection was so broad that a strict adherence thereto would have worked an injustice to the defendant. In the present case we find no justification for a departure from *Rule* 4:2–2.

Appeal dismissed.